IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WILLIE D. BOGARD                                                                                    PLAINTIFF
ADC #600339

V.                                            NO. 5:05CV00262 JLH

ERIC HOBBS, et al                                                                                DEFENDANTS

## JUDGMENT

In accordance with the Court's order entered this date and pursuant to the order entered April 18, 2006 (docket entry #24), judgment is hereby entered dismissing Plaintiff's complaint in its entirety. This dismissal is without prejudice as to the John Doe Defendant and with prejudice as to all other claims and Defendants.

IT IS SO ORDERED this 21st day of November, 2006.

_____
UNITED STATES DISTRICT JUDGE